Charles S. LiMandri, SBN 110841
 cslimandri@limandri.com
Paul M. Jonna, SBN 265389
 pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
 jtrissell@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Christopher J. Galiardo, *pro hac vice*
 cgaliardo@thomasmoresociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680

*Attorneys for Plaintiff Charles Olsen*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CHARLES OLSEN,

       Plaintiff,

      v.

PRESIDENT AND BOARD OF TRUSTEES OF SANTA CLARA COLLEGE, dba SANTA CLARA UNIVERSITY, a California nonprofit corporation

       Defendants.

Case No.: 5:25-cv-09239-PCP

**Stipulation and [Proposed] Order of Dismissal with Prejudice**

Judge:         Hon. P. Casey Pitts

Magistrate Judge: Virginia K. DeMarchi

The parties having settled the matter, it is hereby stipulated by and between Plaintiff and Defendants, through their undersigned counsel, that all claims by Plaintiff against Defendants in the above-captioned matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

It is further stipulated that—except as otherwise set forth in the settlement

agreement—each party shall bear its own attorneys' fees, costs, and litigation expenses.

Dated: March 24, 2026                    Respectfully submitted,


/s/Christopher J.F. Galiardo
Christopher J. Galiardo, *pro hac vice*
  cgaliardo@thomasmoresociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Telephone: (312) 782-1680

*Attorney for Plaintiff Charles Olsen*


/s/Marcie Isom Fitzsimmons
Marcie Isom Fitzsimmons (SBN: 226906)
Joy Jaeger Ehlers (SBN: 232637)
GORDON REES SCULLY
MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
misom@grsm.com
jehlers@grsm.com

*Attorneys for Defendant*

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL

# [PROPOSED] ORDER

The parties having stipulated thereto, it is hereby ORDERED that:

1. All of Plaintiff Charles Olsen's claims in the above-captioned matter against Defendant President and Board of Trustees of Santa Clara College, dba Santa Clara University, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

2. Except as otherwise set forth in the settlement agreement, each party shall bear its own attorneys' fees, costs, and litigation expenses.

DATED:   March 24, 2026

_____

Hon. P. Casey Pitts

United States District Judge

1